UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



AUG 03 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

United States of America,

Plaintiff(s),

v.

Case No. 2:09-mj-30329-JU

2:09-MJ-206 KJM

Jimmie Deshone Griffen,

Defendant(s).

---

**NOTICE OF TRANSFER PURSUANT TO RULE 5(c)(3)(E)**
**OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

TO: U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Enclosed are certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim P. 5(c)(3)(E) and the docket sheet. The case record is electronic and can be viewed at our Court's Intranet website via the J-Net.

Please acknowledge receipt of this record by returning a time-stamped copy of this notice to:

Clerk's Office
U.S. District Court for the Eastern District of Michigan
231 W. Lafayette Blvd., 5th Floor
Detroit, MI
48226
(313) 234-5005

**Certification**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

DAVID J. WEAVER, CLERK OF COURT

By: s/ T. Hallwood
Deputy Clerk

Dated: July 30, 2009

FILED
JUL 28 2009
CLERK'S OFFICE
DETROIT

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,

Plaintiff,

v.

JIMMIE DESHONE GRIFFEN,

Defendant.
_______________________________________/

CRIMINAL NO. 09-30729

Original District No. **09MJ206**

FILED
JUL 28 2009
CLERK'S OFFICE
DETROIT

**ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT**

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that defendant **JIMMIE DESHONE GRIFFEN be transferred to the Eastern District of California for further proceedings in the case of United States v. JIMMIE DESHONE GRIFFEN, Docket No. 09MJ206.** Defendant, who has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the following location at the following time: **United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA on** August 17, 2009 at 10:00 am.

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By ____________
Deputy Clerk
Dated 7/30/09

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court. *See* 18 U.S.C. Sections 3146, 3148.

HONORABLE
United State Magistrate Judge

Dated: 7/28/09

CLOSED

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:09-mj-30329-JU All Defendants
# Internal Use Only

Case title: United States of America v. Griffen
Other court case number: 09MJ206 USDC - Eastern District of California

Date Filed: 07/28/2009
Date Terminated: 07/28/2009

---

Assigned to: Honorable Unassigned

**Defendant (1)**

**Jimmie Deshone Griffen**
*TERMINATED: 07/28/2009*

represented by **Craig A. Tank**
Tank & Jelalian
17969 Hall Road
Macomb Township , MI 48044
586-263-6484
Email: craigtank@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By [signature] Deputy Clerk
Dated 7/30/09

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5(c)(3) from Eastern California | TRANSFERRED TO EASTERN DISTRICT OF CALIFORNIA |

---

**Plaintiff**

**United States of America** represented by **Cathleen M. Corken**
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit , MI 48226
313-226-9100
Fax: 313-226-0206
Email: cathleen.corken@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2009 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Jimmie Deshone Griffen (1). (MLan) (Entered: 07/28/2009) |
| 07/28/2009 | | Minute Entry for proceedings held before Magistrate Judge Donald A Scheer: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Jimmie Deshone Griffen held on 7/28/2009. Bond Info: Jimmie Deshone Griffen (1) $10,000 unsecured. (Tape #: DAS 7/28/09) (Defendant Attorney: Craig Tank) (AUSA: Cathleen Corken) (MLan) (Entered: 07/28/2009) |
| 07/28/2009 | | Minute Entry for proceedings held before Magistrate Judge Donald A Scheer: Removal Hearing not held on 7/28/2009 Disposition: Defendant waives removal hearing. (Tape #: DAS 7/28/09) (Defendant Attorney: Craig Tank) (AUSA: Cathleen Corken) (MLan) (Entered: 07/28/2009) |
| 07/28/2009 | | Minute Entry for proceedings held before Magistrate Judge Donald A Scheer: Detention Hearing as to Jimmie Deshone |

| | | |
|---|---|---|
| | | Griffen not held on 7/28/2009, (**Preliminary Examination set for 8/10/2009 01:00 PM**) Disposition: Defendant consents to detention. (Tape #: DAS 7/28/09) (Defendant Attorney: Natasha Thompson) (AUSA: Michael Mueller) (Court Interpreter: Maria Longley) (MLan) (Entered: 07/28/2009) |
| 07/28/2009 | | NOTICE of Correction re Detention Hearing and Setting Preliminary Examination, as to Jimmie Deshone Griffen (Previous Docket Entry made in error). (MLan) (Entered: 07/28/2009) |
| 07/28/2009 | 2 | NOTICE OF ATTORNEY APPEARANCE: Craig A. Tank appearing for Jimmie Deshone Griffen (THal) (Entered: 07/30/2009) |
| 07/28/2009 | 3 | ORDER Setting Conditions of Release as to Jimmie Deshone Griffen (1) $10,000 Unsecured. Signed by Magistrate Judge Donald A Scheer. (THal) (Entered: 07/30/2009) |
| 07/28/2009 | 4 | Bond as to Jimmie Deshone Griffen in the amount of $10,000 Unsecured entered. (THal) (Entered: 07/30/2009) |
| 07/28/2009 | 5 | WAIVER of Rule 5 Hearings by Jimmie Deshone Griffen (THal) (Entered: 07/30/2009) |
| 07/28/2009 | 6 | ORDER Transferring Defendant to Answer to Charges Pending in Another District. Defendant transferred to Eastern District of California. Signed by Magistrate Judge Donald A Scheer. (THal) (Entered: 07/30/2009) |
| 07/30/2009 | 7 | NOTICE transferring case to *EASTERN DISTRICT OF CALIFORNIA* as to Jimmie Deshone Griffen. (THal) (Entered: 07/30/2009) |