UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                              Plaintiff(s),

v.                                Case No. 2:09-mj-30330-JU

Jimmie Allison Perryman,

                              Defendant(s).

[Handwritten: 2:09-MJ-206 KJM]

[Stamp: FILED AUG 03 2009 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK]

### NOTICE OF TRANSFER PURSUANT TO RULE 5(c)(3)(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

TO: U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

    Enclosed are certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim P. 5(c)(3)(E) and the docket sheet. The case record is electronic and can be viewed at our Court's Intranet website via the J-Net.

    Please acknowledge receipt of this record by returning a time-stamped copy of this notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Blvd., 5th Floor
        Detroit, MI
        48226
        (313) 234-5005

### Certification

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ T. Hallwood
                                                Deputy Clerk

Dated: July 30, 2009

Case 2:09-mj-00206-KJM   Document 5   Filed 08/03/2009   Page 2 of 6
Case 2:09-mj-30830-JM   Document 5   Filed 07/28/2009   Page 1 of 2

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,　　　　　　CRIMINAL NO. 09-30330

　　　　　Plaintiff,　　　　　　　　　　Original District No. **09MJ206**

v.

**JIMMIE ALLISON PERRYMAN,**

　　　　　Defendant.

F I L E D
JUL 28 2009
CLERK'S OFFICE
DETROIT

## ORDER TRANSFERRING DEFENDANT TO ANSWER
## TO CHARGES PENDING IN ANOTHER DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that defendant **JIMMIE ALLISON PERRYMAN be transferred to the Eastern District of California for further proceedings in the case of United States v. Jimmie Allison Perryman, Docket No. 09MJ206.** Defendant, who has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the following location at the following time: **United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA on** _August 17, 2009 at 10:00 a.m._

I hereby certify that the foregoing is
a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
　　Deputy Clerk
Dated 7/30/09

F I L E D
JUL 28 2009
CLERK'S OFFICE
DETROIT

-1-

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court. See 18 U.S.C. Sections 3146, 3148.

*[signature]*
HONORABLE
United State Magistrate Judge

Dated: 7/28/09

CLOSED

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:09-mj-30330-JU All Defendants
# Internal Use Only

Case title: United States of America v. Perryman
Other court case number: 09MJ206 USDC - Eastern District of California

Date Filed: 07/28/2009
Date Terminated: 07/28/2009

Assigned to: Honorable Unassigned

### Defendant (1)

**Jimmie Allison Perryman**
*TERMINATED: 07/28/2009*

represented by **Terry A. Price**
1150 Griswold
Sutie 2500
Detroit , MI 48226
313-965-3230
Fax: 313-965-3403
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
Deputy Clerk
Dated 7/30/09

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**

None

## Complaints

Rule 5(c)(3) from Eastern California

## Disposition

TRANSFERRED TO EASTERN DISTRICT OF CALIFORNIA

## Plaintiff

**United States of America**    represented by **Cathleen M. Corken**
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit , MI 48226
313-226-9100
Fax: 313-226-0206
Email: cathleen.corken@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2009 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Jimmie Allison Perryman (1). (MLan) (Entered: 07/28/2009) |
| 07/28/2009 | | Minute Entry for proceedings held before Magistrate Judge Donald A Scheer: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Jimmie Allison Perryman held on 7/28/2009. Bond Info: Jimmie Allison Perryman (1) $10,000 unsecured. (Tape #: DAS 7/28/09) (Defendant Attorney: Terry Price) (AUSA: Cathleen Corken) (MLan) (Entered: 07/28/2009) |
| 07/28/2009 | | Minute Entry for proceedings held before Magistrate Judge Donald A Scheer: Removal Hearing not held on 7/28/2009 Disposition: Removal Hearing Waived. (Tape #: DAS 7/28/09) (Defendant Attorney: Terry Price) (AUSA: Cathleen Corken) (MLan) (Entered: 07/28/2009) |
| 07/28/2009 | 2 | NOTICE OF ATTORNEY APPEARANCE: Terry A. Price appearing for Jimmie Allison Perryman (THal) (Entered: |

| | | |
|---|---|---|
| | | 07/30/2009) |
| 07/28/2009 | 3 | ORDER Setting Conditions of Release as to Jimmie Allison Perryman (1) $10,000 Unsecured. Signed by Magistrate Judge Donald A Scheer. (THal) (Entered: 07/30/2009) |
| 07/28/2009 | 4 | Bond as to Jimmie Allison Perryman in the amount of $10,000 Unsecured entered. (THal) (Entered: 07/30/2009) |
| 07/28/2009 | 5 | WAIVER of Rule 5 Hearings by Jimmie Allison Perryman (THal) (Entered: 07/30/2009) |
| 07/28/2009 | 6 | ORDER Transferring Defendant to Answer to Charges Pending in Another District. Defendant transferred to Eastern District of California. Signed by Magistrate Judge Donald A Scheer. (THal) (Entered: 07/30/2009) |
| 07/30/2009 | 7 | NOTICE transferring case to *EASTERN DISTRICT OF CALIFORNIA* as to Jimmie Allison Perryman. (THal) (Entered: 07/30/2009) |