```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   Mag. 09-0206 KJM
12            Plaintiff,         )
                                 )   STIPULATION AND ORDER
13                               )   CONTINUING INITIAL
         v.                      )   APPEARANCE
14                               )
    JIMMIE DESHONE GRIFFEN,      )
15                               )
              Defendant.         )
16  _____ )
17
```

18      IT IS HEREBY STIPULATED between Plaintiff United States of
19 America, by and through Assistant United States Attorney Todd D.
20 Leras, and Attorney Craig A. Tank, Counsel for Defendant Jimmie
21 Deshone Griffen, that the initial appearance scheduled for August
22 17, 2009, be continued to September 21, 2009, at 2:00 p.m.
23      Defendant was arrested in the Eastern District of Michigan
24 and ordered to appear in this District pursuant to Federal Rule
25 of Criminal Procedure 5(c)(3)(E).  The request to continue the
26 initial appearance in this District is made on the ground that
27 the parties are discussing potential pre-indictment resolution of
28 /////

1

the pending charges.  In light of these discussions, both parties are requesting additional time for attorney preparation.

The government and defendant agree that the settlement discussions constitute good cause to extend the time for initial appearance and preliminary hearing under Federal Rules of Criminal Procedure 5(c)(3)(E) and 5.1, as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time includes the period up to and including September 21, 2009.

Craig Tank agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: August 14, 2009        By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: August 14, 2009        By: /s/ Todd D. Leras for
                                  CRAIG A. TANK
                                  Attorney for Defendant
                                  JIMMIE DESHONE GRIFFEN

1 **IT IS HEREBY ORDERED:**
2     1.   The initial appearance in this District set for August
3 17, 2009, is continued to September 21, 2009, at 2:00 p.m.
4     2.   Based on the stipulations and representations of the
5 parties, the Court finds good cause to extend the time for
6 initial appearance in this District and preliminary hearing, and
7 time is excluded up to and including September 21, 2009. (18
8 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to
9 prepare)).
10     IT IS SO ORDERED.
11 DATED: August 14, 2009.

                               /s/ Dale A. Drozd
                               DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE

16 Ddad1/orders.criminal/griffen0206.stipord