## SPECIAL CONDITIONS OF RELEASE

RE:  Perryman, Jimmie
Doc. No. 2:09-MJ-206-KJM

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

4. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

5. Your travel is restricted to the Eastern District of California and the Eastern District of Michigan, without the prior consent of the pretrial services officer;

6. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

7. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

8. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

9. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

10. You shall submit to DNA testing as directed by the United States Attorney's Office.