```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California 95814
    Telephone: (916) 498-5700
 4
    Attorney for Defendant
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      ) No.
                                   )
11              Plaintiff,         )
                                   ) ASSERTION OF FIFTH AND SIXTH
12        v.                       ) AMENDMENT RIGHTS
                                   )
13                                 )
    Jimmie Perryman                )
14              Defendant.         )
                                   )
15  _____)
```

16        I, the above named defendant, hereby assert my Fifth and Sixth

17  Amendment rights to remain silent and to have counsel present at any

18  and all of my interactions with the government or its agents. I will

19  not waive any of my constitutional rights except in the presence of

20  counsel, and I do not want the government or its agents to contact me

21  seeking my waiver of any rights unless my counsel is present.

22  Date: 8/17/09

23                                  _____
                                    Defendant's signature
24                                  Lexi Negin
25                                  _____
                                    Attorney's name/address printed
26                                  _____
                                    Attorney's signature
27
28